1

2

3

4

5                       UNITED STATES DISTRICT COURT
                       WESTERN DISTRICT OF WASHINGTON
6                                 AT TACOMA

7    JASON WILLIAM MORRELL,

                              Plaintiff,            CASE NO. 12-CV-05874 RJB
8
                                                    ORDER ADOPTING REPORT AND
        v.                                          RECOMMENDATION
9
10   CAROLYN W COLVIN, Acting
     Commissioner of  the Social Security
11   Administration,

                              Defendant.
12

13         The Court, having reviewed the Report and Recommendation of Judge J. Richard

14   Creatura, United States Magistrate Judge, on Defendant's Stipulated Motion for Remand (ECF

15   No. 17), and the relevant record, does hereby find and ORDER:

16         (1)     The Court adopts the Report and Recommendation (ECF No. 18);

17         (2)     The matter is REVERSED and REMANDED pursuant to sentence four of 42

18                 U.S.C. § 405(g) to the Administration for further consideration; and

19         (3)     The Clerk is directed to enter Judgment and close this case.

20         Dated this 14th day of March, 2013.

21

22

23                                          ROBERT J. BRYAN
                                            United States District Judge
24

ORDER ADOPTING REPORT AND
RECOMMENDATION - 1